IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PETER FOWLER,                              )<br>                                                          )<br>       Plaintiff,                               )<br>                                                          )<br>vs.                                                   )      Case No. 20-cv-856-DWD<br>                                                          )<br>LUCAS BOHNERT, JOSEPH     )<br>CHILDERS, DANIEL DEWEESE, NICK  )<br>PUCKETT, and ANTHONY WILLS,     )<br>                                                          )<br>       Defendants.                          ) | |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

On May 16, 2024, the Court issued an Order denying Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* ("IFP"). (Doc. 133). On July 11, 2024, Plaintiff filed a pleading seeking to supplement his IFP Motion, and seeking reconsideration of the denial of appellate IFP status. (Doc. 135).

Under the Federal Rules of Appellate Procedure, a motion to reconsider is not the appropriate vehicle to dispute a district court's denial of IFP status on appeal. Rule 24(a)(5) provides that after a district court has notified a litigant of its denial of IFP status, that litigant

> may file a motion to proceed on appeal *in forma pauperis* in the court of appeals within 30 days after service of the notice prescribed in Rule 24(a)(4). The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).

The Advisory Committee Notes (1967) to that Rule clarify that "a subsequent motion in the court of appeals, rather than an appeal from the order of denial or from the certification of lack of good faith, [is] the proper procedure for calling in question the correctness of the action of the district court."

The Order of the Court of Appeals, filed on May 17, 2024 (Doc. 134), confirms that, this is the proper method to challenge a denial. The Order states that, because the district court denied Plaintiff's IFP Motion, pursuant to Federal Rule of Appellate Procedure 24(a), he must (1) pay the required docketing fee plus the notice of appeal filing fee to the District Court Clerk or (2) file a motion to proceed on appeal *in forma pauperis* with the Court of Appeals. Therefore, Plaintiff's challenge to the denial of IFP status on appeal must be directed to Court of Appeals, and Plaintiff's Motion to Reconsider is **DENIED**.

The Court further advises Plaintiff that, pursuant to an Order entered in his pending appeal, he was ordered to "either pay the $605.00 appellate filing fees in the district court or file a motion for leave to proceed on appeal *in forma pauperis* and PLRA memorandum in support with [the Seventh Circuit Court of Appeals] by July 15, 2024." *Fowler v. Bohnert,* Appellate Case No. 24-cv-1840, Doc. 4-1.

    SO ORDERED.

Dated: July 16, 2024

                                               s/*David W. Dugan*
                                               DAVID W. DUGAN
                                               United States District Judge